IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.   3:14-CR-367 |
| CASEY ROSE | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Casey Rose, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____   Crime of violence (18 U.S.C. §3156);

    _____   Maximum sentence life imprisonment or death

    \_\_\_X\_\_\_\_\_   10 + year drug offense

    _____   Felony, with two prior convictions in above categories

    \_\_\_X\_\_\_\_\_   Serious risk defendant will flee

    _____   Serious risk obstruction of justice

    _____   Felony involving a minor victim

    _____   Felony involving a firearm, destructive device, or any other dangerous weapon

    _____   Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    __X__ At first appearance

    _____ After continuance of ___ days (not more than 3).

DATED this 16th day of October, 2014.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ P.J. Meitl
P.J. Meitl
Assistant United States Attorney
Virginia Bar No. 73215
District of Columba Bar No. 502391
1100 Commerce Street, Third Floor
Dallas, Texas   75242
Telephone: 214.659.8680
Facsimile: 214.659.8812
philip.meitl@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 16th day of October 2014.

/s/ P.J. Meitl
P.J. MEITL
Assistant United States Attorney