# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:14-cr-00367-B *SEALED* |
| | § | |
| CASEY ROSE (26) | § | |

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

___✓___ without reservation.

_____ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

_____ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this ___17th___ day of October, 2014.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 17 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

_____
Signature of Defendant

_____
Attorney for Defendant