US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2014 OCT -8 PM 3:36

# United States District Court
# Northern District of Texas

*Dallas Division*

UNITED STATES OF AMERICA

V.

CASEY ROSE

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:14-CR-367-B-26

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     CASEY ROSE
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Possess with the Intent to Distribute a Controlled Substance
Possession of a Controlled Substance with Intent to Distribute

in violation of Title   21

United States Code, Section(s)

846; 841(a)(1)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

US Magistrate Judge Irma C. Ramirez

Oct 8, 2014
Date

Dallas, TX
Location

s/ Y. Pace
(By) Deputy Clerk

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-8-14 | Eric Wilson, DPS Agent | *signature* |
| DATE OF ARREST | | |
| 10-17-14 | | |

FID: 9645931