IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.   3:14-CR-367 |
| GEORGE PASS ET AL. | |

### ORDER

Upon motion of the Government, IT IS HEREBY ORDERED THAT this case and the indictment filed herein is unsealed in its entirety.

DATED this 12th day of November, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE