IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-CR-367-B |
| CASEY ROSE | |

## FACTUAL RESUME

The defendant, Casey Rose, has reviewed with his attorney, Scott Miller Anderson, and acknowledges that he understands in order to establish his guilt for Count Twenty-seven of the Indictment filed against him, namely Possession of a Controlled Substance (methamphetamine, a Schedule II controlled substance) with Intent to Distribute that Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), the government must prove each of the following elements beyond a reasonable doubt:

First:  That the individual knowingly possessed a mixture or substance containing a detectable amount of methamphetamine;

Second:  That the substance was in fact a mixture or substance containing a detectable amount of methamphetamine; and

Third:  That the individual possessed the substance with the intent to distribute it.

Source: Pattern Crim. Jury Instr. 5th Cir. 2.87 (2012).

### Stipulated Facts

Between June 25, 2014 and July 29, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, Casey Rose, knowingly possessed with intent to

distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(l) and (b)(1)(C).

More specifically, on or about June 25, 2014, C.Z. and Rose negotiated a transaction involving approximately 57 grams of a mixture or substance containing a detectable amount of methamphetamine. In or about 2014, Rose purchased distribution amounts of a mixture or substance containing a detectable amount of methamphetamine from J.H. on a regular and routine basis. On or about July 28, 2014, Rose purchased seven grams of a mixture or substance containing a detectable amount of methamphetamine from P.P.

[remainder of page left intentionally blank]

This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Rose's guilty plea to Count Twenty-seven set forth in the Indictment.

_____  
P.J. MEITL  
Assistant United States Attorney  
Virginia Bar No. 73215  
D.C. Bar No. 502391  
1100 Commerce Street, Third Floor  
Dallas, Texas 75242-1699  
Telephone: (214) 659-8600  
Facsimile: (214) 659-8812  
Email: philip.meitl@usdoj.gov  

March 17, 2015  
Date

_____  
CASEY ROSE  
Defendant

3-13-15  
Date

_____  
SCOTT MILLER ANDERSON  
Attorney for the Defendant

3-13-15  
Date