# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:14-CR-00367-B |
| | § | |
| CASEY ROSE (26), | § | |
|    Defendant. | § | |

## ORDER ADVANCING TRIAL DATE

The Government and Defendant Casey Rose, through counsel, have requested an advancement of the current trial setting and pretrial deadlines. After consideration, the Court determines that the request should be and is hereby GRANTED.

Accordingly, it is ORDERED that the captioned case is set for trial on September 8, 2015 at 9:00 a.m. Pretrial motions, if any, are due August 3, 2015, and responses thereto are due August 10, 2015. Pretrial materials are due August 24, 2015. The pretrial conference will be set for September 4, 2015 at 10:00 a.m.

**SO ORDERED**.

**SIGNED:** July 2, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE