B

3:14-cr-367-B

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
AUG 10 2015
CLERK, U.S. DISTRICT COURT
By _____CTF_____
Deputy

Judge,

8-3-15

Hello my name is ??? Rose. I am writing this to you to ask you if I can fire my (cou) attorney. I do not feel that he has my best interest first for these reasons

1. He has lied to me on several occasions. Said that they (feds) don't need warrants to monitor phones. Also said that I cannot withdraw a plea (and I have). Said that somehow my trial date got moved up a couple of months and theres nothing I can do about it.

2. He isn't corresponding with me. He don't write me — Never once. He has only come up here to visit me twice and that was to discuss plea agreements 4 months ago. Never to talk about my defense for trial.

3. He hasn't showed me any evidence as to why I'm locked up and I go to trial next month. I've asked for a copy of the Discovery,

but do not have it. I've asked for copies of the warrants to no avail. A copy of my text messages — to no avail.

4. I've asked for a evidence hearing months ago and still haven't got one.

Judge I don't feel he is doing what is best for me. I can do any and everything, if not more than he has done. I am more than capable, and if he has lied about one, two, three different things, what more?

Judge please REMOVE him from my case. Appoint someone who will fight for me or let me represent myself. My life, my freedom is on the line here.

I haven't fired a attorney on this case. The last one asked to be taken off the case — this one I'm firing! Give me someone who wants to win, who will stand up for my rights as a U.S. Citizen. OR

let me go Pro Se. I will not make a mockery in your courtroom. On the contrary, I will respect you, the prosecutor, jurors and anyone involved. I just want the truth out and if I have to do it myself then so be it. But not with Scott Anderson, as a matter o fact I will not say another word to him — I dont trust him.

Thank you Judge — your the only hope I got

Sincerely

Casey Rose

Sylvia Guardiola
8-6-15

SYLVIA GUARDIOLA
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
JULY 24, 2016

Corey Rose
1100 North Ridge Blvd
Glenn Heights TX 75203

Judge Jane Boyle
1100 Commerce St
Dallas TX 75242

3:14-cr-367-B(26)