IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:14-CR-367-B |
| CASEY ROSE (26) | |

## ORDER

Before the court is the government's Motion to Compel the Defendant to Provide Fingerprints. After consideration, the court determines that the motion has merit and is hereby **granted**. Accordingly, it is ordered that law enforcement personnel or any qualified fingerprint examiner may compel the defendant, Casey Rose, to provide his fingerprints.

SO ORDERED.

Signed this ____ day of August, 2015.

_____
JANE J. BOYLE
United States District Judge

**Order – Solo Page**