## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:14-CR-367-B |
| | § | |
| CASEY ROSE (26), | § | |
|    Defendant. | § | |

## ORDER

Before the Court is Defendant's correspondence that the Court construed as a Motion for Appointment of New Counsel, or in the Alternative, Motion for Self-Representation filed on August 10, 2015. The Court held a hearing on August 13, 2015, to address the Defendant's request. On August 13, 2015, the Court orally denied Defendant's motion to appoint new counsel and granted Defendant's motion to proceed on a *pro se* basis.

For the reasons and authority set forth in those hearings, it is therefore ORDERED:

The Court found that Defendant failed to establish any legal basis for terminating his court-appointed counsel and appointing new counsel; it is further ORDERED,

After a colloquy in which the Court interrogated Defendant to be sure that he understands the disadvantages of self-representation; the nature of the charge; the range of penalties; that he will be proceeding alone in a complex area where experience and professional training are greatly to be desired; that an attorney might be aware of possible defenses to the charge; and that the Court believes that it would be in the best interests of the defendant to be represented by an attorney, the Court found that Defendant has knowingly and voluntarily waived his right to counsel and may proceed on a *pro se* basis pursuant to *Faretta v. California*, 422 U.S. 806, 95 S. Ct. 2525 (1975) and the reasons and authority cited at the hearings; it is further ORDERED,

Scott Miller Anderson, is appointed as standby counsel subject to the guidelines set forth in *McKaskle v. Wiggins*, 465 U.S. 168, 104 S. Ct. 944 (1984) and the reasons and authority cited at the hearings.

**SO ORDERED**.

**SIGNED:** August 17, 2015.

                                        JANE J. BOYLE
                                        UNITED STATES DISTRICT JUDGE