Casey Rose
1601 Heritage Pkwy
Mansfield TX 76063

B

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED AUG 26 2015 CLERK, U.S. DISTRICT COURT By _____ CTF Deputy**

In the United States District Court
For the Northern District of Texas
Dallas Division

United States of America | Case No. 3:14-CR-367-B

VS.

Casey Rose (26)

## Motion For Continuance

Comes now the Defendant, <u>Casey Rose</u>, pro se, and hereby request notice for continuance of trial. I ask for the continuance on the grounds of having ample time to review the evidence, to develop a strategy, and to familiarize myself with the ways the court works.

Respectfully submitted this <u>20th</u> day of <u>August</u>, 201_



Sylvia Guardiola 8-21-15

SYLVIA GUARDIOLA
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
JULY 24, 2016

Casey Rose
Casey Rose

Judge,                                                8-20-15

Thank you for allowing me to go Pro se. I realize that doing this is a complicated matter. I'm a little overwhelmed. I'm still trying to find the proper way and order to do things. I feel it would be in my best intrest if I had some more time to develop a strategy and to familiarize myself with the way the court works.

I did get to look at some of the evidence, although I was shackled at the waist and was troubled to write.

Please grant me my motion for Continuance. Take into account this was my first motion I have ever filed in my life and I did it all by myself.

Respectfully

Casey Rose

Sylvia Guardiola  8-21-15

SYLVIA GUARDIOLA
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
JULY 24, 2016



NORTH TEXAS TX P&DC
DALLAS TX 750
24 AUG 2015 PM 7 L

Judge Jane Boyle
1100 Commerce St
Dallas TX 75242

Casey Rose
1601 Heritage Pkwy
Mansfield TX 76063