UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL ACTION NO:<br>3:14-CR-367-B |
| CASEY ROSE (26),<br>    Defendant. | §<br>§ | |

## ORDER

Before the Court is the government's Motion to Compel the Defendant to Provide Fingerprints (doc. 1085). After consideration, the Court determines that the motion has merit and is hereby **GRANTED**. Accordingly, it is ordered that law enforcement personnel or any qualified fingerprint examiner may compel the defendant, Casey Rose, to provide his fingerprints.

**SO ORDERED**.

**SIGNED:** August 27, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE