UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>CASEY ROSE (26),<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:14-CR-367-B |

### ORDER

Before the Court is *pro se* Defendant Casey Rose's Motion for Continuance (doc. 1124). After consideration, the Court determines that the motion should be and is hereby **DENIED**. The trial in this case will proceed as scheduled on September 14, 2015. All deadlines in this Court's order of August 17, 2015, remain in effect.

　　**SO ORDERED**.

　　**SIGNED:** August 27, 2015.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE