IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO.  3:14-CR-367-B |
| CASEY ROSE (26) | |

## GOVERNMENT'S EXHIBIT LIST

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this, the Government's Exhibit List, in the above-captioned case.

| EX. | DESCRIPTION | ADMITTED |
|---|---|---|
| 1 | Photographs from surveillance of Rose on taken July 29, 2014 | |
| 2 | Search warrant and affidavit for Cesar Zarate's cellular telephone | |
| 3 | Text message exchange between "cee@ k" and Zarate on June 25, 2014, and June 26, 2014 | |
| 4 | Rose's MetroPCS Subscriber Records | |
| 5 | Search warrant and affidavit for Rose's cellular telephone | |
| 6 | Text message exchange between "Mannie" and Rose on June 28, 2014 | |
| 7 | Text message exchange between "Debo" and Rose on June 28, 2014 | |
| 8 | Text message from "Jody Chris" on June 28, 2014 | |
| 9 | Text messages from "Mulkey" on June 28, 2014 | |
| 10 | Text message exchange between "Vic" and Rose on June 28, 2014 | |

| | | |
|---|---|---|
| 11 | Text message exchange between "Jackie G" and Rose on June 29, 2014 | |
| 12 | Text message exchange between "Vic" and Rose on June 30, 2014 | |
| 13 | Text message exchange between an unidentified person and Rose on July 1, 2014 | |
| 14 | Text message exchange between an unknown phone number and Rose on July 1, 2014 | |
| 15 | Text message exchange between "Nick Num" and Rose on July 1, 2014 | |
| 16 | Text message between "Nick Num" and Rose on July 3, 2014 | |
| 17 | Text message exchange between "Jodi" and Rose on July 3, 2014 | |
| 18 | Text message exchange between "Nick Num" and Rose on July 4, 2014 | |
| 19 | Text message exchange between "Chasidy" and Rose on July 9, 2014 | |
| 20 | Text message exchange between "Vic" and Rose on July 13, 2014 | |
| 21 | Text message exchange between "CC" and Rose on July 15, 2014 | |
| 22 | Text message exchange between "Casey" and Rose on July 17, 2014 | |
| 23 | Recorded video footage from interview of Rose on July 29, 2014 | |
| 24 | Transcript of recorded video footage from interview of Rose on July 29, 2014 | |
| 25 | Examination Report of Casey Rose's Phone (Cellbrite) | |
| 26 | Photographs of Rose from interview on July 29, 2014 | |
| 27 | Picture of attempt to change username on Rose's phone | |
| 28 | Laboratory Report for methamphetamine seized on July 29, 2014 | |
| 29 | Video obtained from Rose's cellular telephone | |

| | | |
|---|---|---|
| 30 | Nexus Report for Weapons | |
| 31 | Picture of Bersa Ultra Compact 9 mm and Keltec PF9 9mm taken from Casey Rose's cellular telephone | |
| 32 | Three pictures of Bryco (Jennings) Model 48, 380ACP taken from Casey Rose's cellular telephone | |
| 33 | Picture of Casey Rose standing in front of a mirror holding a Bryco (Jennings) Model 48, 380ACP, taken from Casey Rose's cellular telephone | |
| 34 | Picture of Taurus PT111 G2, 9mm  Right: Taurus Model 709, 9mm, taken from Casey Rose's cellular telephone | |
| 35 | Picture of Mossberg, Model 715T .22 caliber semi-automatic rifle (top rifle), Bersa Thunder, 9mm (middle), Ruger P97, 45 (bottom), taken from Casey Rose's cellular telephone | |
| 36 | Picture of Casey Rose sitting at table holding a firearm, taken from Casey Rose's cellular telephone | |
| 37 | Picture of methamphetamine on woman's back (laying down), taken from Casey Rose's cellular telephone | |
| 38 | Picture of methamphetamine on woman's back (sitting up), taken from Casey Rose's cellular telephone | |
| 39 | Various Pictures of Casey Rose, taken from Casey Rose's cellular telephone | |
| 40 | Plea agreement, plea agreement supplement, and factual resume for Brandon Crow | |
| 41 | Plea agreement, plea agreement supplement, factual resume, 5K, and proffer letter of Jaclyn Hooker | |
| 42 | Factual Resume and proffer letter for James Gatlin (there was no plea agreement or plea supplement entered into by the parties) | |
| 43 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Unlawful Possession with Intent to Deliver a Controlled Substance.<br><br>F-9821112-UQ | |

| | | |
|---|---|---|
| 44 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Unlawful Possession with Intent to Deliver a Controlled Substance. F-9821114-UQ | |
| 45 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Unlawful Possession with Intent to Deliver a Controlled Substance. F-9821113-Q | |
| 46 | Certified Document (Judgment) Related to Rose's Conviction for Engaging in Organized Crime § 71.02 of the TPC (First Degree), in Cause Number 19008-B. | |
| 47 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Possession of a Controlled Substance, Enhanced, in Cause Number 18101-B. | |
| 48 | Driver's License Photograph of Casey Rose | |
| 49 | Driver's License Photograph of Brandon Crow | |
| 50 | Driver's License Photograph of Jackie Hooker | |
| 51 | Driver's License Photograph of Cesar Zarate | |
| 52 | Driver's License Photograph of James Gatlin | |
| 52 | Summary of Relevant Phone Numbers | |
| 53 | Fingerprint card of Casey Rose taken following issuance of Second Superseding Indictment | |
| 54 | Summary for text messages depicted in Exhibit 3 | |
| 55 | Summary for text messages depicted in Exhibit 6 | |
| 56 | Summary for text messages depicted in Exhibit 7 | |
| 57 | Summary for text messages depicted in Exhibit 8 | |
| 58 | Summary for text messages depicted in Exhibit 9 | |
| 59 | Summary for text messages depicted in Exhibit 10 | |

| | | |
|---|---|---|
| 60 | Summary for text messages depicted in Exhibit 11 | |
| 61 | Summary for text messages depicted in Exhibit 12 | |
| 62 | Reserved | |
| 63 | Summary for text messages depicted in Exhibit 14 | |
| 64 | Summary for text messages depicted in Exhibit 15 | |
| 65 | Summary for text messages depicted in Exhibit 16 | |
| 66 | Summary for text messages depicted in Exhibit 17 | |
| 67 | Summary for text messages depicted in Exhibit 18 | |
| 68 | Summary for text messages depicted in Exhibit 19 | |
| 69 | Summary for text messages depicted in Exhibit 20 | |
| 70 | Summary for text messages depicted in Exhibit 21 | |
| 71 | Summary for text messages depicted in Exhibit 22 | |
| 72 | Methamphetamine recovered on July 29, 2014 | |
| 73 | Digital scale recovered on July 29, 2014 from Casey Rose | |
| 74 | DPD/Narcotics Plastic Bag Drug Tag | |

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

s/ *P.J. Meitl*
P.J. MEITL
D.C. Bar No. 502391
Virginia Bar No. 73215
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Email: philip.meitl@usdoj.gov

## CERTIFICATE OF SERVICE

On August 31, 2015, I electronically submitted the following document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49(b).

s/ *P.J. Meitl*  
P.J. Meitl  
Assistant United States Attorney
