IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CASEY ROSE (26)

CRIMINAL NO.  3:14-CR-367-B

GOVERNMENT'S WITNESS LIST

The United States Attorney for the Northern District of Texas, by and through the

undersigned Assistant United States Attorney, files this, the Government's Witness List,

in the above-captioned case.

| | Name | Subject Matter of Testimony |
|---|---|---|
| 1 | **Jeff Miller**<br>Officer, Dallas PD | Officer Miller will testify regarding the traffic stop of Rose on July 29, 2014, and the subsequent arrest of the occupants and search of the vehicle.<br><br>**Probable Fact Witness** |
| 2 | **Marcell Ford**<br>Officer, Dallas PD | Officer Ford will testify regarding the traffic stop of Rose on July 29, 2014, and the subsequent arrest of the occupants and search of the vehicle.<br><br>**Probable Fact Witness** |

| 3 | **Jay Darst**<br>Detective, Dallas PD | Detective Darst will testify regarding the traffic stop of Rose, and the subsequent arrest and search of Rose and the automobile he was in on July 29, 2014. Detective Darst will also testify about the recovery of methamphetamine from the scene of the arrest.<br><br>**Probable Fact Witness** |
|---|---|---|
| 4 | **Brian Emerson**<br>Detective, Dallas PD | Detective Emerson will testify regarding the arrest and search of Rose and the automobile he was in on July 29, 2014.  His testimony will focus on chain of custody issues.<br><br>**Probable Fact Witness** |
| 5 | **Renea Eckelkamp**<br>Forensic Scientist | FS Eckelkamp is currently employed with the Texas Department of Public Safety Crime Lab. She will testify that she analyzed certain substances seized during this investigation and to the results of her analysis.  Her testimony will include expert opinion and specialized knowledge.<br><br>**Probable Fact and Expert Witness** |
| 6 | **Greg Weatherford**<br>Detective, DPD | Officer Weatherford will testify about the interview of Casey Rose and the recordation of the interview by law enforcement.  The need for this witness will be obviated if the defense stipulates to the authenticity of the video of the confession.<br><br>**Probable Fact Witness** |

| 7 | **Karen Schoeve**<br>Merit Court Reporters | Ms. Schoeve transcribed the video-taped interview of Casey Rose that occurred on July 29, 2014.  Ms. Schoeve will testify to the accuracy of the transcription.  Ms. Schoeve's testimony may be obviated through a stipulation by the parties.<br><br>**Probable Fact Witness** |
| --- | --- | --- |
| 8 | **Brandon Crow**<br>Co-defendant | Mr. Crow is a co-conspirator of Casey Rose and was a major supplier of methamphetamine to Rose.  Mr. Crow will testify about his drug trafficking activities and communications with Rose.<br><br>**Possible Fact Witness** |
| 9 | **James Gatlin**<br>Co-conspirator | Mr. Gatlin is a co-conspirator of Casey Rose and purchased methamphetamine from Rose.  Mr. Gatlin will testify about his drug trafficking activities and communications with Rose.<br><br>**Possible Fact Witness** |
| 10 | **Christian Ledbetter**<br>Special Agent/Task Force Officer<br>Texas Department of Public Safety/USSS<br>North Texas Electronic Crimes Task Force | Special Agent Ledbetter will testify regarding his review of the Cellbrite report from Rose's phone and other aspects regarding the pictures, videos, and texts recovered from Rose's phone.<br><br>**Probable Fact Witness** |

| 11 | **<u>Devin Gonzales</u>**<br>Lieutenant, Texas Department of Public Safety | Lieutenant Gonzales will testify about the history, objectives, signage, symbols, and composition of the Aryan Brotherhood of Texas (ABT), of which Rose is an admitted member and which is referenced in the Second Superseding Indictment.<br><br>**Probable Fact and Expert Witness** |
| --- | --- | --- |
| 12 | **<u>Eric Wilson</u>**<br>Special Agent, Texas Department of Public Safety | Special Agent Wilson is the lead case agent, and will testify about his investigation into and his interview of Rose on July 29, 2014.  Special Agent Wilson will also testify about the search of Rose's phone after obtaining a search warrant on July 30, 2014.<br><br>**Probable Fact and Expert Witness**<br>**Records Custodian** |
| 13 | **<u>Daniel P. Meade</u>**<br>Senior Special Agent, ATF | Senior Special Agent Meade will testify about the guns observed in photographs and videos taken from Rose's phone and whether they have ever traveled in interstate commerce.<br><br>**Possible Fact and Expert Witness** |

| 14 | **<u>Fingerprint Expert</u>** | This individual has not yet been identified as Mr. Rose's fingerprints have not been taken since the issuance of the Court Order on August 27, 2015. Once identified, this individual will testify that he/she took Mr. Rose's fingerprints and then compared those fingerprints to the fingerprints found on the prior convictions of Mr. Rose (Exhibits 43-47) and will then testify as to the results of that comparison.  The government will update this exhibit list once this individual has been identified.<br><br>**Probable Fact and Expert Witness** |

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

s/  *P.J. Meitl*
P.J. MEITL
D.C. Bar No. 502391
Virginia Bar No. 73215
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8809
Email: philip.meitl@usdoj.gov

## CERTIFICATE OF SERVICE

On August 31, 2015, I electronically submitted the following document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49(b).

<u>*s/ P.J. Meitl*</u>
P.J. Meitl
Assistant United States Attorney