Case 3:14-cr-00367-B

B

8-26-15

United States District Court
Northern District of Texas
Dallas Division

United States
of America                    No. 3:14-cr-367-B

V.

Casey Rose

Application for writ of
Habeas Corpus

Hereby comes the defendant Casey Rose applying to the court for the issuance of a writ of habeas corpus to call a witness on my behalf.

1. Name of Detainee and Book in No. only:
   Jaclyn Hooker
2. Detained by: The United States Marshal for the Northern District of Texas.
   Mansfield City Jail - Mansfield Texas
3. Detainee is charged in this District and is a witness not otherwise available by the ordinary process of the court.

[FILED stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, SEP -1 2015, CLERK, U.S. DISTRICT COURT, By _____ Deputy]

4. Appearance is necessary on September 14th, 2015 @ 9:00am. Trial is also set for September 14, 2015 in the United States District Court.

Creek Rose
Defendant



Casey Rose # 50894R
1001 Heritage Pkwy
Mansfield, TX 76063

NORTH TEXAS TX PDC
DALLAS TX 750
28 AUG 2015 PM 1 L

INMATE CORRESPONDENCE

United States District Court
Office of the Clerk
Northern District of Texas
100 Commerce St - Room 1452
Dallas, TX 75242-1452