IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CASEY ROSE (26)

CRIMINAL NO.  3:14-CR-367-B

### TRIAL STATEMENT

The United States of America, by and through its counsel, P.J. Meitl, Assistant United States Attorney for the Northern District of Texas, respectfully files the following trial statement, in accordance with the Court's scheduling order.

**Trial Length**:  The government anticipates the trial lasting no more than two days. The government has identified fourteen witnesses.  The government does not anticipate that the direct questioning of any one witness to last longer than one hour and anticipates that most of the direct questioning to last ten to fifteen minutes per witness.  The video-taped confession of Rose will take approximately one hour of trial time.

**Status of Plea Bargaining Negotiations**:  Plea negotiations have ceased, in large part, because of the government's 21 U.S.C. § 851 Penalty Enhancement Information and Notice of Intention to Seek Enhanced Penalty.  The government does not anticipate a plea in this case.  As the Court is aware, Mr. Rose was offered a generous plea deal for several months prior to the filing of the above notice.

**Scheduling Issues**:  The government does not currently anticipate any scheduling issues with the attorneys, parties, or witnesses for the current September 14, 2015 trial date.

**Additional Matters**:  The government is not aware of any other additional issues which would aid the disposition of the case.  If the government becomes aware of any additional issues, it will notify the Court.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

s/  *P.J. Meitl*
P.J. MEITL
D.C. Bar No. 502391
Virginia Bar No. 73215
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8809
Email: philip.meitl@usdoj.gov

## CERTIFICATE OF SERVICE

On September 1, 2015, I electronically submitted the following document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49(b).

s/ *P.J. Meitl*
P.J. Meitl
Assistant United States Attorney

**Trial Statement – Page 2 of 2**