UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:14-CR-367-B |
| | § | |
| CASEY ROSE (26), | § | |
|    Defendant. | § | |

ORDER

Before the Court is *pro se* Defendant Casey Rose's Application for a Writ of Habeas Corpus requesting the production of a detained co-defendant to testify at the trial set for September 14, 2015 (doc. 1142). After consideration, the Court determines that the application should be and is hereby **GRANTED**. On Mr. Rose's behalf, this Court will order the United States Marshal for this district to produce Ms. Hooker to testify at the trial in this case.

SO ORDERED.

SIGNED: September 3, 2015.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE