UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:14-CR-0367-B |
| | § | |
| CASEY ROSE (26) | § | |

## ORDER

Before the Court are the Government's Motions in Limine (doc. 1136), filed August 31, 2015. After reviewing the Government's Motions and hearing argument from both parties, the Court hereby **GRANTS** the Government's Motions. Specifically, the Court holds as follows:

1) The Government's Motion in Limine No. 1 regarding **references to Defendant's potential sentence** is **GRANTED** to the extent and for the reasons stated at the pretrial hearing.

2) The Government's Motion in Limine No. 2 regarding **references to Defendant's plea negotiations** is **GRANTED** to the extent and for the reasons stated at the pretrial hearing.

SO ORDERED.

SIGNED: September 14, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-