UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:14-CR-00367-B |
| | § | |
| CASEY ROSE (26), | § | |
|    Defendant. | § | |

## COURT'S LIST OF ADMITTED TRIAL EXHIBITS

Attached is the list of exhibits admitted during the criminal jury trial, which began on Monday, September 14, 2015, and concluded on Thursday, September 17, 2015.

TRIAL EXHIBIT LIST – See Attachment

<u>GOVERNMENT'S EXHIBITS</u>

| EX. | DESCRIPTION | DATE ADMITTED |
|:---:|---|:---:|
| 1 | Photographs from surveillance of Rose on taken July 29, 2014 | **9/15/2015** |
| 2 | Search warrant and affidavit for Cesar Zarate's cellular telephone | **9/17/2015** |
| 3 | Text message exchange between "cee@ k" and Zarate on June 25, 2014, and June 26, 2014 | **9/15/2015** |
| 4 | Rose's MetroPCS Subscriber Records | **9/15/2015** |
| 5 | Search warrant and affidavit for Rose's cellular telephone | **9/15/2015** |
| 6 | Text message exchange between "Mannie" and Rose on June 28, 2014 | **9/15/2015** |
| 7 | Text message exchange between "Debo" and Rose on June 28, 2014 | **9/15/2015** |
| 8 | Text message from "Jody Chris" on June 28, 2014 | **9/15/2015** |
| 9 | Text messages from "Mulkey" on June 28, 2014 | **9/15/2015** |
| 10 | Text message exchange between "Vic" and Rose on June 28, 2014 | **9/15/2015** |
| 11 | Text message exchange between "Jackie G" and Rose on June 29, 2014 | **9/15/2015** |
| 12 | Text message exchange between "Vic" and Rose on June 30, 2014 | **9/15/2015** |
| 13 | Text message exchange between an unidentified person and Rose on July 1, 2014 | **9/15/2015** |
| 14 | Text message exchange between an unknown phone number and Rose on July 1, 2014 | **9/15/2015** |
| 15 | Text message exchange between "Nick Num" and Rose on July 1, 2014 | **9/15/2015** |
| 16 | Text message between "Nick Num" and Rose on July 3, 2014 | **9/15/2015** |
| 17 | Text message exchange between "Jodi" and Rose on July 3, 2014 | **9/15/2015** |

| 18 | Text message exchange between "Nick Num" and Rose on July 4, 2014 | **9/15/2015** |
| 19 | Text message exchange between "Chasidy" and Rose on July 9, 2014 | **9/15/2015** |
| 20 | Text message exchange between "Vic" and Rose on July 13, 2014 | **9/15/2015** |
| 21 | Text message exchange between "CC" and Rose on July 15, 2014 | **9/15/2015** |
| 22 | Text message exchange between "Casey" and Rose on July 17, 2014 | **9/15/2015** |
| 23 | Recorded video footage from interview of Rose on July 29, 2014 | **9/15/2015** |
| 24 | Transcript of recorded video footage from interview of Rose on July 29, 2014 | **9/15/2015 (Record purposes only)** |
| 25 | Examination Report of Casey Rose's Phone (Cellbrite) | **9/15/2015** |
| 26 | Photographs of Rose from interview on July 29, 2014 | **9/16/2015** |
| 27 | Picture of attempt to change username on Rose's phone | **9/15/2015** |
| 28 | Laboratory Report for methamphetamine seized on July 29, 2014 | **9/15/2015** |
| 29 | Video obtained from Rose's cellular telephone | **9/15/2015** |
| 31 | Picture of Bersa Ultra Compact 9 mm and Keltec PF9 9mm taken from Casey Rose's cellular telephone | **9/15/2015** |
| 32 | Three pictures of Bryco (Jennings) Model 48, 380ACP taken from Casey Rose's cellular telephone | **9/15/2015** |
| 33 | Picture of Casey Rose standing in front of a mirror holding a Bryco (Jennings) Model 48, 380ACP, taken from Casey Rose's cellular telephone | **9/15/2015** |
| 34 | Picture of Taurus PT111 G2, 9mm  Right: Taurus Model 709, 9mm, taken from Casey Rose's cellular telephone | **9/15/2015** |
| 35 | Picture of Mossberg, Model 715T .22 caliber semi-automatic rifle (top rifle), Bersa Thunder, 9mm (middle), Ruger P97, 45 (bottom), taken from Casey Rose's cellular telephone | **9/15/2015** |

| 36 | Picture of Casey Rose sitting at table holding a firearm, taken from Casey Rose's cellular telephone | **9/15/2015** |
|----|----|----|
| 37 | Picture of methamphetamine on woman's back (laying down), taken from Casey Rose's cellular telephone | **9/15/2015** |
| 38 | Picture of methamphetamine on woman's back (sitting up), taken from Casey Rose's cellular telephone | **9/15/2015** |
| 39 | Various Pictures of Casey Rose, taken from Casey Rose's cellular telephone | **9/15/2015** |
| 40 | Plea agreement, plea agreement supplement, and factual resume for Brandon Crow | **9/16/2015** |
| 42 | Factual Resume and proffer letter for James Gatlin (there was no plea agreement or plea supplement entered into by the parties) | **9/16/2015** |
| 43 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Unlawful Possession with Intent to Deliver a Controlled Substance.   F-9821112-UQ | **9/16/2015** |
| 44 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Unlawful Possession with Intent to Deliver a Controlled Substance.   F-9821114-UQ | **9/16/2015** |
| 45 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Unlawful Possession with Intent to Deliver a Controlled Substance.   F-9821113-Q | **9/16/2015** |
| 46 | Certified Document (Judgment) Related to Rose's Conviction for Engaging in Organized Crime § 71.02 of the TPC (First Degree), in Cause Number 19008-B. | **9/16/2015** |
| 47 | Certified Documents (Judgment and Indictment) Related to Rose's Conviction for Possession of a Controlled Substance, Enhanced,  in Cause Number 18101-B. | **9/16/2015** |
| 48 | Driver's License Photograph of Casey Rose | **9/15/2015** |

| 49 | Driver's License Photograph of Brandon Crow | **9/15/2015** |
|---|---|---|
| 50 | Driver's License Photograph of Jackie Hooker | **9/15/2015** |
| 51 | Driver's License Photograph of Cesar Zarate | **9/15/2015** |
| 52 | Driver's License Photograph of James Gatlin | **9/15/2015** |
| 53 | Fingerprint card of Casey Rose taken following issuance of Second Superseding Indictment | **9/16/2015 (Record purposes only)** |
| 54 | Summary for text messages depicted in Exhibit 3 | **9/15/2015** |
| 55 | Summary for text messages depicted in Exhibit 6 | **9/16/2015** |
| 56 | Summary for text messages depicted in Exhibit 7 | **9/16/2015** |
| 57 | Summary for text messages depicted in Exhibit 8 | **9/16/2015** |
| 58 | Summary for text messages depicted in Exhibit 9 | **9/16/2015** |
| 59 | Summary for text messages depicted in Exhibit 10 | **9/16/2015** |
| 60 | Summary for text messages depicted in Exhibit 11 | **9/16/2015** |
| 61 | Summary for text messages depicted in Exhibit 12 | **9/16/2015** |
| 63 | Summary for text messages depicted in Exhibit 14 | **9/16/2015** |
| 64 | Summary for text messages depicted in Exhibit 15 | **9/16/2015** |
| 65 | Summary for text messages depicted in Exhibit 16 | **9/16/2015** |
| 66 | Summary for text messages depicted in Exhibit 17 | **9/16/2015** |
| 67 | Summary for text messages depicted in Exhibit 18 | **9/16/2015** |
| 68 | Summary for text messages depicted in Exhibit 19 | **9/16/2015** |
| 69 | Summary for text messages depicted in Exhibit 20 | **9/16/2015** |
| 70 | Summary for text messages depicted in Exhibit 21 | **9/16/2015** |
| 71 | Summary for text messages depicted in Exhibit 22 | **9/16/2015** |
| 72 | Methamphetamine recovered on July 29, 2014 | **9/14/2015** |

| 73 | Digital scale recovered on July 29, 2014 from Casey Rose | **9/14/2015** |
| 74 | DPD/Narcotics Plastic Bag Drug Tag | **9/14/2015** |
| 75 | Recorded video footage from interview of Cesar Zarate | **9/16/2015** |

DEFENDANT'S EXHIBITS

| EX. | DESCRIPTION | DATE ADMITTED |
|-----|-------------|---------------|
| 1 | Cesar Zarate Arrest Reports | **9/15/2015** |
| 2 | Cesar Zarate Text Messages from Cellbrite Report | **9/16/2015** |