Judge,                                                9-28-15

Sorry about my last letter for I wasn't specific.

I do not want to represent myself any more. Please appoint me an attorney to represent me for the remainder of the case and on appeal.

And also any important motions that need to be filed concerning my appeal, can you give me an extension so my attorney can file them.

Thank you

Casey Rose

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 1 2015

CLERK, U.S. DISTRICT COURT
By _____ Deputy



NORTH TEXAS TX P&DC
DALLAS TX 750
30 SEP 2015 PM 8 L

**INMATE CORRESPONDENCE**

Judge Jane Boyle
1100 Commerce St
Dallas TX 75242

7524215499

Cary Rose #30840
1001 Heritage Pkwy
Mansfield TX 76063

RECEIVED
OCT -1 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS